IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SANDRA DEVINE,

                    Plaintiff,

v.

NANCY BERRYHILL,
Commissioner of Social Security,

                    Defendant.

ORDER

17-cv-86-slc

---

In an order entered on October 30, 2017, plaintiff Sandra Devine was given an extension of time until December 15, 2017 to submit a brief in support of her claim that she is entitled to receive social security disability benefits. Plaintiff was advised that if she failed to file a brief by the December 15 deadline, then the court would dismiss her case for lack of prosecution. To date, plaintiff has not filed a supporting brief or otherwise responded to the court's October 30 order. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff Sandra Devine's failure to prosecute it. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered this 10th day of January, 2018.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge