IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDRA DEVINE,

    Plaintiff,

v.

NANCY BERRYHILL,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-86-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Sandra Devine's failure to prosecute it.

| /s/ | 1/10/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |